AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Mag. No.: 23-mj-100 |
| DEMONTAYE LAMAR JONES | ) |

## CRIMINAL COMPLAINT

I, FBI Special Agent Eric Salvador, state that the following is true to the best of my knowledge and belief. On or about March 3, 2023, in Jefferson County, in the Northern District of Alabama, the defendant violated:

*Code Section*

18 U.S.C. § 922(g)(1)

*Offense Description*

On or about March 3, 2023, the defendant, Demontaye Lamar Jones, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, to wit: a Glock 17 9mm pistol, a Glock 19 9mm pistol, a Glock 21 .45 caliber pistol, a Diamondback AR pistol, a Glock 23C .40 caliber pistol, a Derringer .38 Special pistol, a Glock 17 9mm pistol, and assorted ammunition, and the firearms and ammunition were in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

This criminal complaint is based on these facts:

(See incorporated affidavit attached hereto).

**ERIC SALVADOR** Digitally signed by ERIC SALVADOR
Date: 2023.03.09 12:50:49 -06'00'

*Complainant's Signature*

<u>Eric Salvador, FBI Special Agent</u>
*Printed Name and Title*

Sworn to ~~before me~~ telephonically and signed ~~in my presence~~ electronically.

Date: 03/09/23

*Judge's Signature*

City/State: <u>Birmingham, Alabama</u>   <u>Nicholas A. Danella, United States Magistrate Judge</u>
*Printed Name and Title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Eric C. Salvador, being duly sworn, hereby depose and say:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), assigned to the Birmingham Division. I have been a Special Agent since March 2017. I am currently assigned to the Squad 3 of the Birmingham Division of the Federal Bureau of Investigation. My duties include investigations of criminal enterprises, including drug trafficking offenses, as well as violent crimes investigations, such as bank robbery, kidnapping, felon in possession of firearms and carjacking investigations. Prior to my employment as a Special Agent with the Federal Bureau of Investigation, I was employed as a Law Enforcement Officer by the State of Alabama for about nine years.

2. I make this affidavit in support of an application under Rules 3 and 4 of the Federal Rules of Criminal Procedure for a warrant authorizing the arrest of Demontaye Lamar JONES. As a Federal law enforcement officer, I am authorized to execute arrest warrants under Rule 4(c)(1) of the Federal Rules of Criminal Procedure.

3. I seek this warrant because, as explained below, there is probable cause to believe that an offense has been committed and that JONES committed it. *See* Fed. R. Crim. P. 4(a).

4. The facts in this affidavit come from my personal observations, my

training and experience, and information obtained from other agents, law enforcement officers and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

5. Your affiant has obtained information regarding a violation of 18 U.S.C. § 922 (g)(1) (unlawful possession of firearm by a convicted felon). Based on the investigation conducted by your affiant, and the information relayed to your affiant by investigators from the Jefferson County Sheriff's Office[1], your affiant learned that on or about March 3, 2023, the Jefferson County Sheriff's Office obtained and executed a search warrant on JONES' personal residence located at 213 Lakeland Avenue, Hueytown, Alabama 35023.

6. During the search of 213 Lakeland Avenue, Hueytown, Alabama 35023, multiple guns and illegal narcotics were recovered and seized. JONES was present at the time of the execution of the search warrant.

### Events Leading up to the Search Warrant on March 3, 2023

7. On February 28, 2023, the FBI Birmingham Division was investigating ongoing gang activity and drug trafficking in West Birmingham. JONES was developed as a suspect.

8. On March 1, 2023, both a home address and telephone number were

---

[1] Task Force Officers assigned the FBI North Alabama Safe Streets Task Force

identified for JONES and the address was identified as 213 Lakeland Avenue, Hueytown, Alabama 35023.

9. On March 2, 2023, the FBI's Special Operations Group began physical surveillance on 213 Lakeland Avenue, Hueytown, Alabama 35023. JONES was quickly identified as an occupant of the residence.

10. Furthermore, an emergency ping order on JONES' phone revealed his current location and his location for the last 48 hours to be in the vicinity of 213 Lakeland Avenue, Hueytown, Alabama 35023.

11. On March 3, 2023, surveillance continued on 213 Lakeland Avenue, Hueytown, Alabama 35023. Surveillance units identified multiple people visit JONES at the residence and conduct illegal narcotics transactions. JONES was seen at the front of the residence on multiple occasions throughout the day.

12. Additionally, a reliable Jefferson County Sheriff's Office Confidential Source (CS) reported seeing JONES and other possible subjects in possession of multiple illegal firearms and illegal narcotics.

13. On March 3, 2023, a Circuit Court Judge in Jefferson County, Alabama issued a search warrant for JONES' residence and property located at 213 Lakeland Avenue, Hueytown, Alabama 35203.

14. The results of the search yielded illegal narcotics, multiple rounds of ammunition, high-capacity magazines, and the following firearms (See Attachment

A for photograph):

- Glock 17 9mm pistol
    - Auto Sear Switch installed to make fully automatic
- Glock 19 9mm pistol
    - Auto Sear Switch installed to make fully automatic
- Glock 21 .45 caliber pistol
- Diamondback AR pistol
    - Auto Sear Switch installed to make fully automatic
- Glock 23C .40 caliber pistol
- Derringer .38 special pistol
- Glock 17 9mm pistol
- Gold "Glock Switch" (Auto Sear) not attached to a firearm.
- Various calibers of ammunition:
    - .300 Blackout; 5.56/.233; 9mm; .40 caliber; .45 caliber; .38 special; 7.62x39

15. A review of court records revealed Demontaye Lamar JONES pleaded guilty to Theft of Property 1st degree, case number: CC-2022-2404, on November 10, 2022 in Jefferson County Circuit Court.

16. In the State of Alabama, Theft of Property 1st degree is a class B felony, punishable by not less than two (2) years and not more than twenty (20) years of

imprisonment in the state penitentiary.

## CONCLUSION

17. Based on the foregoing, I have probable cause to believe that Demontaye Lamar JONES has committed the offense of Unlawful Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. § 922 (g)(1).

ERIC SALVADOR
Digitally signed by ERIC SALVADOR
Date: 2023.03.09 12:51:32 -06'00'

_____
Eric C. Salvador
Special Agent
Federal Bureau of Investigation
Affiant

Sworn to and subscribed ~~before me~~ telephonically, this 9th day of March, 2023.

electronically

_____
NICHOLAS A. DANELLA
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF ALABAMA

## Attachment A

