SJS/JJG April 2023
GJ #36

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>SOUTHERN DIVISION</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) No. |
| | ) |
| **DEMONTAYE LAMAR JONES** | ) |

## <u>INDICTMENT</u>

<u>**COUNT ONE**</u>**:  [21 U.S.C. § 841(a)(1)]**

The Grand Jury charges:

On or about March 3, 2023, in Jefferson County, within the Northern District of Alabama, the defendant,

**DEMONTAYE LAMAR JONES,**

did knowingly and intentionally possess with intent to distribute a controlled substance, to wit: a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

<u>**COUNT TWO**</u>**:  [18 U.S.C. §§ 924(c)(1)(A)(i) and (c)(1)(B)(ii)]**

The Grand Jury charges:

On or about March 3, 2023, in Jefferson County, within the Northern District of Alabama, the defendant,

**DEMONTAYE LAMAR JONES,**

did knowingly possess firearms, and machineguns, that is, a Diamondback Firearms, LLC, model DB15, 5.56 NATO caliber firearm equipped with a Trigger Control Group Travel Reducer, which enables the firearm to shoot automatically more than one shot, without manual reloading, by a single function of the trigger; a Glock, model 19, 9x19mm caliber firearm equipped with a Glock Switch which enables the firearm to shoot automatically more than one shot, without manual reloading, by a single function of the trigger; a Glock, model 17, 9x19mm caliber firearm equipped with a Glock Chip which enables a Glock pistol to shoot automatically more than one shot, without manual reloading, by a single function of the trigger; and a metal machinegun conversion device, commonly referred to as a Glock Switch, which when installed enables a Glock-type pistol to shoot automatically more than one shot, without manual reloading, by a single function of the trigger; in furtherance of, a controlled substance crime for which he may be prosecuted in a court of the United States, to wit:  possession with intent to distribute a controlled substance, as set out in and incorporated herein by reference from Count 1 of the Indictment, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and (c)(1)(B)(ii).

## COUNT THREE:  [18 U.S.C. § 922(o)]

The Grand Jury charges:

On or about March 3, 2023, in Jefferson County, within the Northern District of Alabama, the defendant,

**DEMONTAYE LAMAR JONES,**

did knowingly possess a machinegun, that is, a Diamondback Firearms, LLC, model DB15, 5.56 NATO caliber firearm equipped with a Trigger Control Group Travel Reducer, which enables the firearm to shoot automatically more than one shot, without manual reloading, by a single function of the trigger; a Glock, model 19, 9x19mm caliber firearm equipped with a Glock Switch which enables the firearm to shoot automatically more than one shot, without manual reloading, by a single function of the trigger; a Glock, model 17, 9x19mm caliber firearm equipped with a Glock Chip which enables a Glock pistol to shoot automatically more than one shot, without manual reloading, by a single function of the trigger; and a gold in color, metal machinegun conversion device, commonly referred to as a Glock Switch, which when installed enables a Glock-type pistol to shoot automatically more than one shot, without manual reloading, by a single function of the trigger; all in violation of Title 18, United States Code, Sections 922(o).

## COUNT FOUR:  [18 U.S.C. § 922(g)(1)]

The Grand Jury charges:

On or about March 3, 2023, in Jefferson County, within the Northern District of Alabama, the defendant,

**DEMONTAYE LAMAR JONES,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, to wit: a Glock 17 9mm pistol, a Glock 19 9mm pistol, a Glock 21 .45 caliber pistol, a Diamondback AR pistol, a Glock 23C .40 caliber pistol, a Derringer .38 Special pistol, a Glock 17 9mm pistol, and assorted ammunition, and the firearms and ammunition were in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

*/s/ Electronic Signature*
FOREPERSON OF THE GRAND JURY

SANDRA J. STEWART
Attorney for the United States

*/s/ Electronic Signature*
JOHN J. GEER, III
Special Attorney
Northern District of Alabama
Acting Under Authority Conferred
by 28 U.S.C. § 515