Case 2:23-cr-00114-ACA-NAD   Document 46   Filed 08/22/24   Page 1 of 2
USCA11 Case: 24-10198   Document: 24-2   Date Filed: 08/22/2024   Page: 1 of 2

FILED
2024 Aug-22 AM 10:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-10198

_____

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

*versus*

DEMONTAYE LAMAR JONES,

                              Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 2:23-cr-00114-ACA-NAD-1

_____

JUDGMENT

ISSUED AS MANDATE 8/22/2024

2                                                                                                                24-10198

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: July 23, 2024

For the Court: DAVID J. SMITH, Clerk of Court