Case 2:23-cr-00114-ACA-NAD   Document 46-1   Filed 08/22/24   Page 1 of 2
USCA11 Case: 24-10198   Document: 22-1   Date Filed: 07/23/2024   Page: 1 of 2

FILED
2024 Aug-22 AM 10:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-10198

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

                                              Plaintiff-Appellee,

*versus*

DEMONTAYE LAMAR JONES,

                                              Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 2:23-cr-00114-ACA-NAD-1

_____

| 2 | Opinion of the Court | 24-10198 |

Before JILL PRYOR, NEWSOM, and ANDERSON, Circuit Judges.

PER CURIAM:

The Government's motion to dismiss this appeal pursuant to the appeal waiver in Appellant's plea agreement is GRANTED. *See United States v. Bushert*, 997 F.2d 1343, 1350–51 (11th Cir. 1993) (sentence appeal waiver will be enforced if it was made knowingly and voluntarily); *United States v. Grinard-Henry*, 399 F.3d 1294, 1296 (11th Cir. 2005) (waiver of the right to appeal includes waiver of the right to appeal difficult or debatable legal issues or even blatant error).